[No. 31544-4-III.   Division Three.   September 4, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON T. ANDLOVEC, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-01897-3, Annette S. Plese, J., entered March 27, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 32292-1-III.   Division Three.   September 4, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY D. HAMMELL, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 12-1-00366-4, F. Mark McCauley, J., entered January 7, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 70062-6-I.   Division One.   September 8, 2014.]

MELANIE S. KELLER, *Appellant*, v. PROVIDENT FUNDING ASSOCIATES, LP, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-30886-1, Suzanne Parisien, J., entered February 22, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Lau, JJ.

[No. 70548-2-I.   Division One.   September 8, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. J.H., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 12-8-00473-9, Deborra Garrett, J., entered May 21, 2013. *Dismissed* by unpublished opinion per Trickey, J., concurred in by Schindler and Lau, JJ.